

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00305-CV

**CONNECTED SOLAR, LLC** dba Connected Energy dba Connected Solar, and dba Connected Roofing, Robert Alan Bailey aka Robert Alan Bailey, Jr.,
Appellants

v.

John **MULLINS** and Janice Mullins,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CI-17193
Honorable Tina Torres, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, we REVERSE the trial court's December 19, 2024 judgment and REMAND this matter for further proceedings. We order appellees to pay the costs of this appeal.

SIGNED July 2, 2025.

_____
Lori I. Valenzuela, Justice